# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Lillie Yancey, on behalf of all others similarly situated

                    Plaintiff,

v.

Trumbull Insurance Company

                    Defendant.

Case No.: 1:21−cv−00827

Honorable Martha M. Pacold

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 22, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: This case is hereby dismissed without prejudice and without an award of costs or fees to either party pursuant to the Joint Stipulation of Dismissal [26] filed by the parties on 9/22/2021.Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.